## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00132-MEH-CBS

JOSEPH DETTREY,

    Plaintiff,

v.

VIKING COLLECTION SERVICE, INC., a Minnesota corporation,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW the Plaintiff, Joseph Dettrey, by and through his attorney, David M. Larson, and the Defendant, Viking Collection Service, Inc., by and through their attorney, Peter Moyson, and for their Notice of Settlement, hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by May 18, 2007.

Dated: May 11, 2007.

| s/ David M. Larson | s/ Peter Moyson |
|---|---|
| David M. Larson, Esq. | Peter Moyson, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Hall & Evans, LLC |
| Colorado Springs, CO 80903 | 1125 17th St., Suite 600 |
| (719) 473-0006 | Denver, CO 80202-2052 |
| Attorney for the Plaintiff | (303) 628-3300 |
| | Attorneys for the Defendant |