**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00132-MEH-CBS

JOSEPH DETTREY,

        Plaintiff,

v.

VIKING COLLECTION SERVICE, INC., a Minnesota corporation,

        Defendant.

---

**STIPULATION OF DISMISSAL WITH PREJUDICE**
_____

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys of record pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that the above-entitled action has been settled and the parties hereby stipulate to its dismissal on its merits with prejudice with each party to pay his or its own attorney's fees and costs, and pray that a judgment of dismissal with prejudice and on the merits be entered in the above entitled action pursuant hereto.

Dated: May 18, 2007.

| s/ David M. Larson | s/ Peter Moyson |
|---|---|
| David M. Larson, Esq. | Peter Moyson, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Hall & Evans, LLC |
| Colorado Springs, CO 80903 | 1125 17th St., Suite 600 |
| (719) 473-0006 | Denver, CO 80202-2052 |
| Attorney for the Plaintiff | (303) 628-3300 |
| | Attorneys for the Defendant |